```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GUADALUPE CARRILLO-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00462 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **CORRECTED** STIPULATION AND ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| GUADALUPE CARRILLO-HERNANDEZ, | ) | Date:  October 14, 2010 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's October 14 calendar, at the request of the defense, be continued until November 18, 2010, at 9:00 a.m., and that time be excluded between October 14, 2010, through and including November 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

///

///

1  This continuance is sought because the Probation Office's pre-plea
2  Presentence Report was received only in yesterday's mail, and
3  government counsel has not had time to evaluate the report nor to
4  decide whether a fast-track offer will be extended.  The requested date
5  also accounts for a period of unavailability of counsel between now and
6  November 18, 2010.

7  The court is advised that Ms. Beckwith has authorized Mr. Staniels
8  to sign this stipulation on her behalf.

9  **IT IS SO STIPULATED**.

Dated:  October 13, 2010          /S/ Michele M. Beckwith
                                  Michele M. Beckwith
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:  October 13, 2010          /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  GUADALUPE CARRILLO-HERNANDEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated: October 18, 2010

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2