```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GUADALUPE CARRILLO-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUADALUPE CARRILLO-HERNANDEZ,<br><br>　　　　　Defendant.<br>_____ | No. 2:09-cr-00462 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date:  November 10, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's November 10 calendar, at the request of the defense, be continued until December 16, 2010, at 9:00 a.m., and that time be excluded between November 10, 2010, through and including December 16, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

///

///

This continuance is sought because review of the Probation Office's pre-plea Presentence Report with Ms. Carrillo disclosed a number of disagreements which need to be resolved, and which may substantially affect the terms of the government's previously tendered offer to plead.

**IT IS SO STIPULATED.**

Dated:  November 9, 2010          /S/ Michele M. Beckwith
                                  Michele M. Beckwith
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:  November 9, 2010          /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  GUADALUPE CARRILLO-HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE