DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GUADALUPE CARRILLO-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00462-MCE |
| Plaintiff, | |
| v. | **CORRECTED** STIPULATION AND ORDER CONTINUING CASE |
| GUADALUPE CARRILLO-HERNANDEZ, | Date: February 10, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's February 10 calendar, at the request of the defense, be continued until March 17, 2011, at 9:00 a.m., and that time be excluded between February 10, 2011, through and including March 17, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.  This time is needed both to accomplish the work described below and due to the unavailability of defense counsel between February 22,2011 and March 2, 2011.

///

1   This continuance is sought because review of the Probation
2 Office's pre-plea Presentence Report with Ms. Carrillo disclosed a
3 number of disagreements, some of which have been resolved, but at least
4 one of which needs to be presented to the court as an objection to the
5 pre-plea pre-sentence report.  That objection will be filed this week.
6   **IT IS SO STIPULATED.**

Dated:  February 8, 2011      /S/ Michele M. Beckwith
                              Michele M. Beckwith
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated:  February 8, 2011      /S/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              GUADALUPE CARRILLO-HERNANDEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated: February 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2