DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GUADALUPE CARRILLO-HERNANDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>GUADALUPE CARRILLO-HERNANDEZ,<br><br>          Defendant. | No. 2:09-cr-0462 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date:  November 3, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's November 3 calendar, at the request of the defense, and that it be continued until November 10, 2011, at 9:00 a.m., for hearing on objections to the Presentence Report and for judgment and sentence.

**IT IS FURTHER STIPULATED** that provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 et. seq. are not implicated by this post-plea request for a continuance.

Dated:  October 31, 2011         /S/ *Michele M. Beckwith*
                                Michele M. Beckwith
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated:  October 31, 2011         /S/ *Jeffrey L. Staniels*
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                GUADALUPE CARRILLO-HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order for Continuance      2