UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00462-MCE |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| GUADALUPE MARIE CARRILLO-HERNANDEZ, | |
| Defendant. | |

----oo0oo----

The Court is in receipt of Defendant's Motion to Proceed In Forma Pauperis and to have documents from her file forwarded to her. Defendant is currently represented by Jeffrey Staniels, an Assistant Federal Defender, who has since filed a Notice advising the Court that the Office of the Federal Defender still represents Defendant and that Defendant is, therefore, already proceeding as requested.

///
///
///
///

1

In addition, Mr. Staniels is forwarding to Defendant those documents she seeks as well.  Accordingly, Defendant's Motion (ECF No. 50) is DENIED as moot.

    IT IS SO ORDERED.

Dated: March 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE